UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **PATRICIA AMBROSE**<br>　　　　　　　　**Plaintiff,**<br>**VERSUS**<br>**IAT INSURANCE GROUP**<br>　　　　　　　　**Defendant.** | **CIVIL ACTION NO. 2:22-CV-04605**<br><br>**JUDGE JAMES D. CAIN, JR.**<br><br>**MAGISTRATE THOMAS P. LEBLANC** |

### JOINT MOTION FOR DISMISSAL WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Patricia Ambrose, and Defendant, Occidental Fire & Casualty Company of North Carolina, who respectfully represent to the Court that all claims and causes of action brought forth in the above captioned matter have been compromised and that all parties respectfully request that an Order of Dismissal be executed by this Honorable Court, dismissing all claims that were brought or could have been brought by Plaintiff, Patricia Ambrose, against the Defendant, Occidental Fire & Casualty Company of North Carolina, with prejudice, each party to bear their own costs.

Respectfully Submitted:

**GALINDO LAW FIRM**

　*/s/ Mark R. Ladd*
_____
**MARK R. LADD (#30847)**
**CHINWE NDIDI ONYENEKWU (#34013)**
3850 N. Causeway Blvd., Ste. 1520
Metairie, Louisiana 70002
Ph. (713) 228-3030/Fax: (713) 228-3003
Email: mark@galindolaw.com
　　　chewa@galindolaw.com
**ATTORNEYS FOR PLAINTIFF**

And

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH, APLC**

 */s/ Joshua H. Dierker*
**JAMES A. PRATHER (#20595) (T.A.)**
**JOSHUA H. DIERKER (#35109)**
#3 Sanctuary Blvd, Third Floor
Mandeville, LA  70471
Ph. (985) 674-6680/Fax (985) 674-6681
Email:  jprather@gallowaylawfirm.com
             jdierker@gallowaylawfirm.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this *24th* day of January, 2024, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

  */s/ Joshua H. Dierker*
**JOSHUA H. DIERKER**

2